# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3641
jhendrickson@jonesday.com

May 26, 2020

**VIA ECF**
The Honorable Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Anderson v. Experian Information Solutions, Inc.*,
Case No. 1:19-cv-08833-ALC-DCF

> The requested adjournments are granted. The telephonic initial pretrial conference will be held on 6/16/20 at 2:00 p.m.
>
> Dated: 5/27/20
> SO ORDERED
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge

Dear Judge Freeman:

    I represent the Defendant Experian Information Solutions, Inc. ("Experian") in the above-referenced matter. I write to respectfully request adjournment of the deadline for the Joint Letter and Proposed Case Management Plan ("Joint Letter and Proposed CMP") and the Fed. R. Civ. P. 16 Initial Pretrial Conference ("Initial Conference").

    The Court has scheduled the deadline for the Joint Letter and Proposed CMP on May 26, 2020, and the Initial Conference on June 2, 2020, at 10:00 AM. (ECF No. 6). Experian requests adjournment of both dates because Experian has been unable to contact Plaintiff to discuss a proposed joint discovery plan or detail for this matter. Adjournment of both dates for two weeks would permit all parties to more productively meet-and-confer on the Joint Letter and Proposed CMP, potential settlement, and the subjects to be considered at the Initial Conference.

    There have been no previous requests for adjournments. Plaintiff has not responded to Experian's communications regarding the current deadline or request for extension. If Plaintiff and Experian are still unable to discuss this matter Experian requests permission to file a proposed discovery plan:

- Proposed Deadline to submit Proposed Discovery Plan (either Jointly or by Experian): June 9, 2020.

    Experian can be available at any time during the Week of June 15th to participate in an initial conference.

    Thank you for your time and consideration of this request.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Hon. Debra Freeman
May 26, 2020
Page 2

                                              Respectfully submitted,

                                              */s/ Cealagh P. Fitzpatrick*
                                              Cealagh P. Fitzpatrick
                                              JONES DAY
                                              250 Vesey Street
                                              New York, NY 10281
                                              Telephone: (212) 326-3648

                                              *Attorneys for Experian Information*
                                              *Solutions, Inc.*

cc:     Counsel of Record via ECF